# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139789

RONALD OLSON,
      Plaintiff-Appellee,

v

                                      SC: 139789
                                      COA: 291653
GENERAL MOTORS COMPANY, f/k/a        WCAC: 08-000225
GENERAL MOTORS CORPORATION,
a Self-Insured,
      Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the August 31, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

Clerk

d1214